Opinion filed November 30, 2006 















 
 
  
 
 







 
 
  
 
 




Opinion filed November 30, 2006 

 

 

 

 

 

 

                                                                        In The

                                                                              

    Eleventh Court of Appeals

                                                                   __________

 

                                                          No. 11-98-00078-CV 

                                                    __________

 

            DON
FRANKUM D/B/A ONE, TWO, THREE VIDEO,
Appellant

 

                                                             V.

 

                      SIGHT
& SOUND DISTRIBUTORS, INC., Appellee

 



 

                                  On
Appeal from the County Court at Law No. 1

 

                                                           Collin
County, Texas

 

                                                 Trial
Court Cause No. 1-621-95

 



 

                                             M
E M O R A N D U M   O P I N I O N

On November 1, 2006, the clerk of this court wrote
the parties and requested that appellant respond within fifteen days showing
grounds for continuing this appeal. 
There has been no response to our letter of November 1, 2006.

Therefore, this appeal is dismissed for want of
prosecution.

 

PER CURIAM

November 30, 2006

Panel
consists of:  Wright, C.J, 

McCall, J., and Strange, J.